**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MCS PROGRAMS, LLC, a Washington limited liability company, also doing business as Mutual Consolidated Savings; UNITED SAVINGS CENTER, INC., a Washington corporation, also doing business as Mutual Consolidated Savings; USC PROGRAMS, LLC, a Washington limited liability company, also doing business as Mutual Consolidated Savings; PAUL MORRIS THOMPSON, individually and as an officer of MCS Programs, LLC, United Savings Center, Inc., and USC Programs, LLC; and MIRANDA CAVENDER, individually and as a manager of MCS Programs, LLC, United Savings Center, Inc., and USC Programs, LLC; | Civil No. C09-5380RBL<br><br>**ORDER TEMPORARILY SEALING PLAINTIFF'S ENTIRE FILE UNTIL DEFENDANTS ARE SERVED OR UNTIL COB JUNE 29, 2009**<br><br>**[FILED UNDER SEAL]** |

Plaintiff Federal Trade Commission having applied for an order directing that all pleadings and other documents submitted to the Court in the above-captioned case be filed under seal, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the entire file and the docket in this action be sealed, and that all documents submitted to the Court in this action, including the Complaint, the *Ex*

**FEDERAL TRADE COMMISSION**
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

*Parte* Application for a Temporary Restraining Order with Asset Freeze, Appointment of Temporary Receiver, Immediate Access to Business Premises, Limited Expedited Discovery, and an Order to Show Cause Why Preliminary Injunction Should Not Issue, and Supporting Memorandum ("TRO") with Exhibits, and all related papers, be filed under seal, and that the file remain sealed until the Defendants have been served, or June 29, 2009, 4:00 p.m. PDT, whichever occurs first. No further order of the Court shall be necessary for the Clerk of Court to unseal the file.

*Provided, however,* that this Order shall not be construed to prohibit Plaintiff or its attorneys or agents from disclosing the existence of Plaintiff's lawsuit or its application for a temporary restraining order or the contents of documents filed or lodged in connection therewith to process servers, law enforcement personnel, and other third parties to the extent necessary to prepare for, and effectuate service of, the TRO.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2009

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350